In the Matter of CARL PIERCE LOTHROP, an Attorney, Respondent.

First Department, June 28, 1939.

*Einar Chrystie,* for the petitioner.

*Winfred C. Allen,* for the respondent.

PER CURIAM. Since the filing of the referee's report in this proceeding the respondent has submitted proof of the payment in full of the amount owing to his client. In consideration of that fact and other mitigating circumstances the court is of the opinion that a censure is sufficient punishment.

Present — MARTIN, P. J., O'MALLEY, TOWNLEY, DORE and CALLAHAN, JJ.

Respondent censured.